# UℕITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Eastern Division

| | |
|---|---|
| Cynthia G. Anderson | ) Case No. ___4:23-cv-115___ |
| | ) |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☑Yes ☐ o |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Amazon, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Cynthia G. Anderson |
| Street Address | 452 Lynch's Beach Loop |
| City and County | Bayboro  Pamlico |
| State and Zip Code | NC |
| Telephone Number | 704-258-8025 |
| E-mail Address | cgander11@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Amazon Inc |
| Job or Title *(if known)* | Registered Agent for Service of Process |
| Street Address | 2708 Spainhour Rd. |
| City and County | Morganton   Burke |
| State and Zip Code | NC  28655 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Amazon, Inc. |
| Street Address | 535 Terry Ave. N |
| City and County | Seattle |
| State and Zip Code | WA  98109 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

42 U.S.C. 1981

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☑  Unequal terms and conditions of my employment.

☑  Retaliation.

☑  Other acts *(specify)*:  Constructive Discharge - they refused to take prompt remedial act

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

beginning July 22, 2021, and continuing through my date of resignation effective October 1, 2021

C.  I believe that defendant(s) *(check one)*:

☑  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race  _____

☑  color  _____

☐  gender/sex  _____

☐  religion  _____

☐  national origin  _____

☑  age *(year of birth)*  1964  *(only when asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows.  Attach additional pages if needed.

See attached Exhibit A.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

See attached Charge dated January 11, 2022 (Exhibit B)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  04/12/2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*  Exhibit C

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Reinstatement, back pay, compensatory and punitive damages, lost benefits and seniority, attorney's fees.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      07/11/2023

Signature of Plaintiff          *Cynthia Anderson*
Printed Name of Plaintiff      Cynthia Anderson

### B.   For Attorneys

Date of signing:      07/11/2023

Signature of Attorney      /s/ Valerie L Bateman
Printed Name of Attorney   VALERIE L. BATEMAN
Bar Number                 13417
Name of Law Firm           New South Law Firm
Street Address             209 Lloyd St., Ste 350
State and Zip Code         Carrboro, NC  27510
Telephone Number           919-810-3139
E-mail Address             valerie@newsouthlawfirm.com

1. On May 6, 2019, I was hired as Operations Manager by Amazon in the Consumer Division overseeing the online grocery department also known as (F3 or "Fresh Food Fast").

2. My salary was $160,000 and I received a signing bonus which was paid monthly over a two year period.

3. I was hired by Sasha Kosmowski, who was the U.S. senior site manager of Consumer which is considered customer service.

4. Amazon has a process called "skip levels" which are considered quarterly feedback sessions for all managers. Managers are supposed to conduct these feedback sessions with their direct reports. They are supposed to be documented but, in my experience, they were not always documented.

5. The purpose of these sessions is to find something that the employee can work on to improve and to find out if the employee believes things are going well or whether something about the work situation needs changing. It can be a group collaborative process, or it can be done on an individual basis with an employee one-on-one, depending on the circumstances.

6. In January 2020, I received a formal evaluation from Sasha Kosmowski, which was good.

7. On February 8, 2020, I and my team joined the Shipping and Delivery ("SDS") group led by Senior Manager Brion Nelson from Consumer. We were the only group that was new to SDS. Everyone else working for Brion Nelson were legacy employees who had established relationships with each other and with Brion Nelson.

8. The original plan was to get rid of "back up" work groups so that we could use our core primary employees with the appropriate training and knowledge, skills, and abilities to

answer customer inquiries regarding delivery of scheduled grocery orders within the Amazon U.S. fresh food business, and therefore meet service level expectations.

9. The individuals in workforce management are responsible for managing service levels to ensure that 80-90% of the calls received by Amazon should be answered within 30 seconds.

10. The individuals in capacity planning are supposed to ensure that there are enough employees working ("head count") so that there are enough workers to meet the service levels agreements.

11. The pandemic began in March 2020 and the work that my team did became very, very difficult and challenging. The fresh food business was always more challenging than other produce areas due to the complexity of delivery windows set by the Program Managers.  These delivery windows in the U.S. meant that whether or not the food order was delivered on the same day, if the specific window of delivery (e.g., 2pm-4pm) was not met, the delivery was considered a complete miss. Ninety percent of the time this "miss" was due to circumstances outside the control my team but we were tagged with it.

12. In addition, fresh food delivery was a critical business function because the consumer division was transitioning from a focus on customer service to a focus on shipping and delivery.  The fresh food business had unprecedented demands on it because of the pandemic.

13. For the first three months after the transition between February and the end of April, my particular business, focused on timely delivery of fresh food, missed expected service levels for the first time since I joined the company,

14. The service levels were not met because our seasonal employees were released at the end of their assignments in February. We had no idea that the seasonal employees were

leaving.  This was a failure of communication within Amazon between workforce

management and capacity planning and our division.

15. In addition, delivery success rate ("DSR") and consumer success rate ("CSR") were key

performance indicators for F3.  However, F3 had no control over the delivery success

rate if the delivery was not made on time and the consumer was dissatisfied and this

occurred often because the seasonal employees had been let go in February.

16. Again, these key performance indicators were not met because workforce management

and capacity planning did not communicate to anyone that the seasonal employees that

handled 70% of Amazon's back up call volume were released (laid off) the same week of

the transition from customer service to shipping and delivery service.

17. The vacancies that were left by the release of the seasonal employees meant the non-

seasonal employees could not handle the call volume and thus service levels could not

be met.

18. Amazon decided to fill the gap with workers who were part of shipping and delivery

services, but those employees shifted around did not have sufficient knowledge, skills,

and abilities (KSA) or the opportunity to be trained quickly enough to pick up the

overflow of work demanded.

19. In my division (F3), I lost a lot of experienced and trained employees who were

reassigned to other parts of the business of shipping and delivery in order to meet the

demands for those businesses.

20. My team researched why we were not meeting key performance indicators and my staff

performed deep dives into data collected to determine why the DSR and CSR rates had

declined and why the service levels were not being met.

21. Between February and August and after that time, the entire company was scrambling to hire and assign enough employees to meet the service levels, DSR and CSR expectations. There was a lot of pressure on me and everyone on my team.

22. Brion Nelson was my manager until August 2020. When he came to me with questions about various matters sometimes with very short deadlines, I had to go to my team and ask them to do extra work and find answers to the questions. I shared with my team the deadlines imposed on me and explained to them why I was imposing the deadlines on them.

23. My staff shared feedback during skip levels with Brion Nelson that they felt I was imposing unrealistic deadlines. I took that feedback, knowing that sometimes there was nothing I could do about the deadlines, and I then began to ask them what a reasonable deadline was before assigning them a task.

24. In addition, we began tracking the factors over which we had no control, and which seemed to be affecting our ability to meet our key performance indicators. By the end of the year, we were able to address the "uncontrollables" and change the key performance indicators on which we would be evaluated in the future. This however did not change the fact that we had missed the service levels and performance indicators for the 2020 calendar year.

25. Ashley Pringle who was my peer during this time also failed to meet the key performance indicators while we worked together in F3. In some areas, I actually outperformed her during this time period. F3 was the only business that had two senior managers working in it, Ashley Pringle and myself, and this was because of the critical nature of the business involving the delivery of fresh food.

26. F3 was compared to other countries even though they did not have same type of delivery challenges that we had in the U.S. In addition, they did not have the team

changes in personnel that we had in the U.S. which also affected our ability to meet key performance indicators and service levels.

27. Ashley Pringle became my supervisor in August 2020.  I did not apply for the position because I was new to shipping and delivery and I wanted to work out the rest of the issues that had affected my team's performance since February.  Ashley Pringle had pre-existing relationships with individuals in shipping and delivery.

28. On January 22, 2021, we all received an email from Ashley Pringle about Amazon Fresh CS being Rated #1 in 2020.

29.  In the email, Ashley Pringle stated:

> "Congratulations Cynthia, Alana, and all that contributed to the GSF3 team is [sic] 2020! This is recognition of the hard work our team does every day!  Ashley Pringle"

30. Alana had taken over Ashley's responsibilities when Ashley got promoted and she was not permanent at that time and was a direct report to me.

31. On January 27, 2021, Ashley Pringle gave me a negative performance review which came completely out of the blue.  This review was never given to me in writing, only verbally.

32. Neither she nor Brian ever shared any challenges involving my performance with me prior to January 27, 2021.  At no time while I was out on FMLA did she provide me with a copy of a performance review where she told me what the reasons for placing me in FOCUS were.

33. In our conversation on January 27, and then on February 3, 2021, Ashley Pringle did not appropriately evaluate me.

34. For example, at Amazon, managers get credit if their reports are promoted within the company; "hire and develop the best" is one of the Amazon leadership principles.  In

2020, I had four employees who were promoted – Chris Martin, promoted to a permanent group manager position(reporting to me); John Wolfe, who also became a permanent group manager (reporting to me); and Alana Brecken, who was put in the acting senior manager position after Ashley Pringle was promoted; and Robert Stutzman, reporting to me, who went to an acting group manager position.

35. Amazon stated in its response to my EEOC charge that Brion Nelson observed deficiencies in my work performance and discussed them with me in July 2020. No deficiencies other than my reports' concerns about being given unrealistic deadlines.

36. In addition, if the failure of F3 to meet key performance indicators between February 2020 and August 2020 were significant, they were apparently not serious enough to prevent Ashley Pringle from being promoted because she shared the same failure to meet key performance indicators as the other senior manager in F3, the fresh food business of Amazon.

37. In August 2020, I and my team began reporting to Ashley Pringle who was a White Female.

38. On August 21, 2020, both Brion Nelson and Ashley Pringle met with me to provide me the feedback that Nelson had obtained from the skip levels that he had conducted with my employees. Again, the only negative was that my employees felt that I had put unrealistic deadlines on them and that they would appreciate showing them what "good "looks like.  As a result of this feedback, I adjusted my process as described above, but part of having urgent deadlines was the nature of the business we were in, and I could not eliminate it completely; I could only be more sensitive to it.

39. It was clear when Ashley Pringle became my manager that I was not one of her favored employees.

40.  Michael Haynes was a favored employee of Ashley Pringle. He had reported to her prior to being promoted to Operations Manager.  He was Ashley Pringle's Group Manager and she got credit for him being promoted under her leadership, a process over which she had an enormous amount of influence.

41. Ashley Pringle assigned him this responsibility for making changes to staffing assignments. The managers under Ashley Pringle had a meeting at which we discussed the changes that were being proposed.  He presented the changes in a document.

42. He proposed a change which proposed moving one of the only tenured team managers that I had left to another team. When I realized this proposed change, I asked him to bring back this manager to my team because she was the only tenured team manager I had at that time.  He then asked me why I did not bring it up at the meeting.  I told him that changes were still being made and that I had not realized it at the time until I saw the final list.  He accused me of not being a team player.

43. Jay Marcello and Michael Haynes frequently tag-teamed each other.  (Neither were African American.) He was also my peer and proposed a change to my team.  He gave me two hours to respond but I was on a deadline.  When he did not hear from me, he went ahead and made a change to my team and then when I questioned him about this, he also accused me of not being a team player. I pointed out to him that I needed more time to review his request prior to providing a decision given the short notice. When I communicated to Ashley what occurred, she took no action.  This was part of the hostility that I felt from the work environment after she became manager.

44. Also, when Ashley Pringle and Brion Nelson were scheduled to be out of the office, I was never selected to be a point of contact.  All of my peers had this delegation authority including Michael Haynes, Alana Brekken, Dirk Everidge, Jorge Monge and Yamell

Aguirre Mora, none of whom were African-American. I was the only one who was never selected to be a point of contact in their absence.

45. On or about December 2, 2020, Pringle provided me with the same feedback about unrealistic deadlines which she had been previously provided in August by Nelson.

46.  In the response to the EEOC charge, Amazon stated that Pringle told me she had concerns with the performance of the F3 team.  She did not.  But even if she had done so, as my peer, she had these same performance concerns prior to being promoted and they were not deemed significant enough to keep her from being promoted.

47. After our conversation on January 27, 2021, I was devastated.  I had never had a negative evaluation.  In addition, the idea that she was placing me in Focus without having given me any specific feedback justifying this action was also terrifying because it mean that HR was not exercising any oversight over her.  I feared for my job.

48. I knew that her issues with my performance, if they were true, should have been communicated to me well before January 27, 2021, because I had been working for her since August 2020.  In addition, five days before, she had sent an email praising me and my team.

49. I felt intimidated and that my job was being threatened.  I believed that the FOCUS plan was part of her attempt to try to get rid of me.

50. Amazon also stated in its response to my charge that I received the lowest performance rating of "Least Effective" ("LE") on my February 2021 Operations Leadership Review ("OLR").

51. On February 1, 2021, I went out on FMLA followed by short disability both due to stress I was experiencing at work resulting from the discriminatory treatment, hostile work environment and due to challenges I was having with my mother at that time.

52. I responded to the conversation that Ashley Pringle and I had on January 27, 2021, and the February 3, 2021, email from Ashley Pringle on February 9, 2021. **Exhibit 1.**

53. Amazon admitted in its position statement that the February 9, 2021, email I sent was a "detailed rebuttal" and that I made it clear that I thought I was being treated differently from other employees.

54. Amazon also admitted that when Pringle got this email, "Pringle immediately escalated the email to Human Resources." Rather than investigate my concerns about discrimination, Amazon says that "[t]he Human Resources Department, however, was not able to investigate because Anderson was already on her leave of absence. The department intended to investigate Anderson's allegations upon her return."

55. Amazon admits it left me in limbo for the entirety of my FMLA/short term disability about whether I would return to the same discrimination that I had experienced prior to my going out on FMLA.

56. I became aware of additional promotions which occurred in early 2021 which included Dirk Everidge, Davendra Garg- Workforce Management and two other Workflow management leaders and Capacity Planning leaders. These individuals who were promoted were directly responsible for the collapse in service levels from February 2020 to April 2020 and these employees were all non-African American employees.

57. At no time did anyone from HR contact me about why I believed I had been subject to disparate treatment while I was out on FMLA and short term disability When I returned on July 6, 2021, no one from HR reached out to me about my February 9, 2021 email.

58. The OLR Prep Form was identified in Amazon's response to my charge of discrimination. It is supposed to be completed for each manager as part of the review process. Amazon stated that in that document, Ashley Pringle identified my strengths

and weaknesses, including significant opportunities and areas for improvement indicated.  I only received the OLR prep form after I returned to work in July 2021.

59. After hearing nothing from HR about my evaluation and the proposed Focus plan after my return to work on July 6, 2021, I had to reach out to HR myself and did so on July 22, 2021, when it became apparent to me that no one from HR was going to investigate my concerns and when it became clear that they intended to leave me under the supervision of Ashley Pringle.

60. On July 22, 2021, I filed a discrimination complaint with HR.  I contacted Alyshia Williamson, an HR manager, who told me that she supported the write up that Ashley Pringle had given me on February 3, 2021.

61. Alyshia Williamson forwarded my discrimination complaint to a central investigation team who then launched an investigation but not until sometime in August 2021.  In its position statement, Amazon accused me of escalating the matter which was not the case.  Williamson herself escalated the matter to central HR.

62. In its position statement, Amazon says that it did not implement the performance improvement plan because I was out of work taking care of my mother who was sick.

63. I believe they did not implement the performance plan because they knew it was discriminatory and false and in violation of Amazon's HR policies.

64. Amazon continued to allow Ashley Pringle to be my manager even though they knew that she had made my work environment hostile and that she had discriminated against me in my evaluation and putting me a Focus plan.  The investigation dragged on and I received no information about it until September 30, 2021.

65. Between July 6, 2021, when I returned and when I submitted my resignation, my peers took their cue from Ashley Pringle and also made my work environment hostile.

66. During one of my last conversations with Jay Marcello, sometime in September, he told me that he was trying to make a change with one of my directs and my business line.

67. I inquired about the reason. In response, he said to me since he'd been in Shipping and Delivery Services, he didn't feel I "fit in" and he told me that everyone else in SDS felt the same.

68. This is only one example of the disparaging remarks made to me between July 6, and when I resigned. No one did anything about this treatment of me, which made me miserable and was intended to make me leave.

69. I had already submitted my resignation for October 2, 2021, by the time I received an email from the Employee Relations Investigations Manager Jamie Burgains on the afternoon of September 30, 2021, that she had completed a thorough investigation and found violation of Amazon policy and standards of conduct. Exhibit 2.

70. I wrote Jamie Burgains back, saying this:

> Good afternoon Jamie,
>
> Thank you for your investigation and notification of your findings. This has been an enormously stressful process for me all while trying to navigate and display an amicable and team demeanor as everything I do is on display. I have lost compensation and the possibility of potentially aligning to another role within the company as a result, not to mention my mental and physical decline. Additionally, this situation has led to my resignation with my last day being this Friday October 1st 2021. There is no way that I could find myself returning to this environment under the circumstances. What I am requesting at this point is to be generously compensated for the pain and suffering for what I've had to endure through this ordeal. I will wait your response or the response from HR. I have substantially more documented information of those that have had many complaints for inefficient performance, however, have been subsequently promoted this year.

**Exhibit 2.**

71. Even after I informed Amazon in the email to Jamie Burgains that I had resigned due to the hostile work environment to which I had been subjected, they did nothing to try to talk me into withdrawing my resignation and they did not offer to move me to a different

manager or find a position within Amazon. I know that other employees in my position have been offered severance packages. They did not offer me a severance package in retaliation for raising complaints of discrimination and retaliation.

72. Instead, in their response to my charge of discrimination, they argued that I had not been harmed because they removed the Focus designation in my file and that the only thing Amazon should have done better was "paper" their "verbal feedback." They did not address the fact that after I resisted the unfair and discriminatory evaluation and implementation of a Focus plan, my concerns about Ashley Pringle's treatment of me were ignored and no investigation was done.

73. Leaving me under the supervision of Ashley Pringle after I complained that she had discriminated against me and allowing the employees with whom I worked to treat me disrespectfully and rudely was in retaliation for my complaining about the discriminatory treatment.

74. As a result, I lost my salary and benefits and my ability to progress in my career with Amazon which I believe was the result of discrimination based on my race, color, and/or age and retaliation when I complained about being treated differently.

Exhibit 1 to Exhibit A to Complaint #6, Page 1

## Convrsaion emal to Cynthia Feb 3rd 2021

**Cynthia Anderson <cgander11@gmail.com>**
Tue 7/11/2023 5:59 PM
To:Valerie Bateman <valerie@newsouthlawfirm.com>

📎 1 attachments (37 KB)
CA SMART Goal Tracker.xlsx;

---

**From:** Pringle, Ashley <acanfiel@amazon.com>
**Sent:** Wednesday, February 3, 2021 4:05 PM
**To:** Anderson, Cynthia <cgander@amazon.com>
**Subject:** Convo Recap & SMART Goal Plan

Hi Cynthia,

Thank you for the conversation today. I appreciated your candor and your ownership as we discussed these opportunities. As we discussed, as I reflected on the year- taking in to consideration our experiences working together directly and through conversation with Brion, I recognized some gaps in performance that we need to work together to address.

You had some wins in 2020, most notably the complete transition of the F3 team to SDS. I also want to commend you on your customer obsession and dedication to recognition of our leaders.

That said, there were also some opportunities and we've reached a place where I've identified that your performance needs improvement.
The areas for opportunity that I talked through are included below.

Ownership- Throughout the course of 2020 you and your team struggled to take ownership of SDS' key metric (DSR). As a result, plans to improve performance were short term focused and did not result in the team's performance meeting goal/network averages. Additionally, I have noticed that you have a tendency to over delegate- recently this includes tasking a direct report with the January video and engaging GrpMs to provide write ups for the summit when that was not necessary at this time.

Dive Deep/Have Backbone, Disagree, and Commit- You have received feedback from your team in regards to your understanding of the business. Upon receiving this feedback earlier this year, Brion offered to spend a full day on tools/dive deep and you did not take him up on that offer. This lack of understanding then causes frequent push back or asking for more information about why a change is needed. A deeper understanding of the business might be necessary to help more easily get on board with decisions or steer the team in the right direction.

Earn Trust- You tend to have a narrow focus on GSF which has caused difficulty working with other leaders and spaces. A recent example of this was in the TM realignments. After reviewing the alignment you later brought up a desire to have a different TM causing rework. It made you appear as if you are not a team player.

I appreciated you sharing with me your perception of some of these opportunities including the need for improved Earn Trust amongst the team, challenges with certain teams (like CP) who aren't forthcoming about the steps they've taken to get to a recommedation, and some of your personal challenges with the fit of the role. I heard you and I will be working to ensure feedback is given and steps are taken to improve where I have the ability to influence these things.

I also recognize the challenging personal situation you are in. I want you to know that I support you in taking the time you need through your approved FMLA case to ensure that when you are here you're able to be at your best.

Exhibit 1 to Exhibit A to Complaint #6, Page 2

I've designed the attached goals to align with the initiatives that you are leading for our team this year. I want these goals to provide clarity of responsibility and help to demonstrate your ability to meet and exceed the bar. I am a key supporter of you and resource to you in achieving these goals. Please do not hesitate to let me know what questions you have and what support you need.

Thanks,
Ashley

**Ashley (Canfield) Pringle**
Senior Manager, US VCS |Shipping & Delivery Support (SDS)
acanfiel@amazon.com
Work Hard. Have Fun. Make History.



Exhibit 1 to Exhibit A to Complaint #6, Page 3



**SMART Goal Tracker**

| Name: | Role: | Level | LPs: | Manager | | Plan Start: | Plan End: |
|---|---|---|---|---|---|---|---|
| | | | *Ownership, Earn Trust, Dive Deep, Have Backbone Disagree & Commit* | | | *2/5/2021* | *4/5/2021* |
| *Cynthia Anderson* | *SDS Ops Mgr NA* | *L6* | | *Ashley Pringle* | | | |

| | EXPECTATION/SMART GOAL | DUE DATE/CADENCE | ASSOCIATED LPs | Action | MEASUREMENT | PROGRESS NOTES | COMPLETION NOTES/RESULTS |
|---|---|---|---|---|---|---|---|
| 1 | Generate comprehensive remediation plan for GSF Driver to achieve Q1 goals and close the gap between site and network performance measured weekly. | Plan Due: 2/19/2021 Performance to Goal Assessed Monthly starting with Feb | Ownership, Dive Deep | L5 Owner should build the plan, however you should collaborate with your team to understand the actions they are recommending to get the space to goal/network. Consider how you dig in to understand the areas of opportunity in the business | Ashley to review and provide feedback on remediation plan prior to finalization. Ongoing measurement will include weekly reporting on progress in the WBR by L5, with questions raised and recommendations for adjustment as needed by Cynthia based on weekly performance. Success will include positive progress toward goal/network at US VCS SDS level and demonstrated ability to understand the complexities that impact and improve performance. | | |

Exhibit 1 to Exhibit A to Complaint #6, Page 4

| | | | | and ensure the plan created will lead to success. | | | |
|---|---|---|---|---|---|---|---|
| 2 | Demonstrate long term strategy by driving the conversation on GSF blending (i.e. removal of Consumer) to a conclusion. | 3/17/2021 | Dive Deep, Ownership, Have Backbone Disagree & Commit | Cynthia to own the conversation and driving to resolution. Positive steps through the process will include performance deep dives  to understand current state (performed by team), partnership with CP to understand cost trades off (owned by Cynthia), and documented proposed solution (owned by Cynthia). | Ashley will attend meetings with Cynthia and CP to inspect and support the conversation as well as review and provide feedback on any documents created in preparation for a solution.  Success will include an agreed upon decision for the blending strategy for GSF with a date by which that strategy will be in place documented in the RnO. | | |
| 3 | Collaborate with peer group to launch and execute Surface pilot in three teams across US VCS SDS. | Launch: 3/7/21 Complete Pilot and provide summary & next steps: 5/2/21 | Earn Trust, Ownership, Have Backbone Disagree & Commit | In addition to partnering with ACES on the project plan Cynthia will need to gain buy in from colleagues, | Success will include preparation, launch, execution, and summary of the pilot with recommended next steps. | | |

Exhibit 1 to Exhibit A to Complaint #6, Page 5

| | | | | provide support through the pilot, and provide feedback to them through out this process to ensure its success. | | | |
|---|---|---|---|---|---|---|---|
| 4 | Create and communicate US VCS DEI goals for 2021. | TBD Based on conversation with Cynthia | Ownership, Earn Trust | Work with VCS DEI team, SDS DEI leaders to define goals. | Success will include published goals for US VCS SDS DEI. Ashley will inspect progess in 1:1s. | | |
| 5 | Meet with AMXL PM team to start to learn the business and understand the 2021 roadmap and develop an action plan based on AMXL priorities. | 2/26/2021 | Ownership, Earn Trust, Dive Deep | Understanding the objectives of the AMXL business will be critical for ensuring we execute to the goals of the program in 2021. | Success will include ability to clearly communicate AMXL 2021 objectives and the involvement/impact on our teams to both Ashley and the GrpMs/TMs in AMXL. The action plan and its subsequent execution will be a key aspect of this clear communication. | | |
| 6 | Creation of 2021 Innovation Roadmap | First Draft: 2/19/21 Final Draft: 3/5/21 | Ownership, Earn Trust, Have Backbone Disagree & Commit | As a follow up to the Innovation day at the Summit, Cynthia will own writing the roadmap for the Innovation pillar. The template has been shared with all OMs.This document is expected to be written by L6s. | Success will include delivering an Innovation roadmap with clear commitments/deliverables that sets expectations for the acheivement of the two organizational goals in the Innovation pillar. This roadmap will be the key mechanism for communication and accountability, and will establish the foundation on which we will acheive our Innovation goals. | | |

Exhibit 1 to Exhibit A to Complaint #6, Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |

Exhibit 2 to Exhibit A to Complaint #6, Page 1

On Sep 30, 2021, at 4:56 PM, Cynthia Anderson <cgander11@gmail.com> wrote:

Good afternoon Jamie,

Thank you for your investigation and notification of your findings.  This has been an enormously stressful process for me all while trying to navigate and display an amicable and team demeanor as everything I do is on display.  I have lost compensation and the possibility of potentially aligning to another role within the company as a result, not to mention my mental and physical decline.  Additionally,  this situation has led to my resignation with my last day being this Friday October 1st 2021. There is no way that I could find myself returning to this environment under the circumstances.  What I am requesting at this point is to be generously compensated for the pain and suffering for what I've had to endure through this ordeal. I will wait your response or the response from HR. I have substantially more documented information of those that have had many complaints for inefficient performance, however, have been subsequently promoted this year.

Thank you,
Cynthia

Exhibit 2 to Exhibit A to Complaint #6, Page 2

**Exact HR <hr@exact.hr.amazon.dev>**
AMAZON INVESTIGATIONS Case 20210903-255648: Closure Notification [
ref:_00D3t2mKvO._5003t1UOmnM:ref ]
To: Cynthia Anderson <cgander11@gmail.com>

Dear Cynthia,
On 9/30/2021 you raised concerns to our team.  Amazon takes concerns of this nature very
seriously and has a process in place to investigate.  My role in this process was to be a fair and
objective fact finder and to conduct and complete a thorough investigation.  As part of this
process, I spoke with relevant parties and reviewed relevant documentation.
I completed a thorough investigation and found a violation of Amazon policy or standards of
conduct.  As a result, we have taken appropriate action to address the violation and prevent
similar violations in the future. I am working with your HR and leadership team to determine
next steps.
As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a
complaint or who has participated in an investigation. Amazon expects that anyone who
participates in an investigation will not engage in any retaliatory behavior – this applies to and
has been discussed with all the parties in the investigation.
Thank you again for raising your concerns and for your cooperation.  If you have any questions
now or in the future, please let me know.
Thank you,
Jamie Burgains
ER Investigations Manager

ref:_00D3t2mKvO._5003t1UOmnM:ref

Exhibit 1 to Exhibit A to Complaint #6, Page 9

| | |
|---|---|
| **From:** | Cynthia Anderson |
| **To:** | Valerie Bateman |
| **Subject:** | Re: Discrimination Attorney Request |
| **Date:** | Monday, March 14, 2022 8:39:53 AM |

Good morning Valerie,

Below I'm attaching the email that initiated my charge of discrimination against Ashley/Brion/Amazon. Let me know if you have any questions.

---

**From:** Anderson, Cynthia
**Sent:** Tuesday, February 9, 2021 11:56 AM
**To:** Pringle, Ashley <acanfiel@amazon.com>
**Cc:** Nelson, Brion <bnelson@amazon.com>; Pandey, Chaitanya <cpandey@amazon.com>
**Subject:** RE: Convo Recap & SMART Goal Plan
**Importance:** High

Hi Ashley,

Copying Chaitanya as Brion is out of the office.

It has taken me a few days to absorb the gravity of our conversation you've listed below along my current unfortunate health challenges.  First, let me start by stating I take full responsibility for everything that happens within my business.  Knowing that, I have a few concerns I'd like to highlight. Understanding, Amazon has a very peculiar method in how performance is communicated and executed amongst employees, however, there should absolutely NEVER be an instance where employees are unaware of concerns with performance, particularly if that concern leads to an unfavorable year end evaluation and SMART plan.

As leaders we ALL have a responsibility and duty to ensure our employees are fully aware of any concerns that may potentially lead to an unfavorable outcome.  Prior to August 2020, and as my peer there was a shared responsibility in GSF3 for a short time and you witnessed similar challenges as I and with a similar approach and outcome. GSF3 has always been a very volatile and challenging space which were met with a multitude of realignments; street to seat employees coupled with back up workgroups which came with knowing and acceptable risks Sr leaders were willing to take.

When you became my direct manager at no time has this conversation or concern ever been surfaced during weekly 1:1s which have occurred weekly since last August nor with Brion. There is no time during my tenure with Amazon or prior leadership roles has any employee been placed on any corrective action without having prior notice and certainly with it being a surprise. I will respond to each area listed below.

Hi Cynthia,

Exhibit 1 to Exhibit A to Complaint #6, Page 10

Thank you for the conversation today. I appreciated your candor and your ownership as we discussed these opportunities. As we discussed, as I reflected on the year- taking in to consideration our experiences working together directly and through conversation with Brion, I recognized some gaps in performance that we need to work together to address.

You had some wins in 2020, most notably the complete transition of the F3 team to SDS. I also want to commend you on your customer obsession and dedication to recognition of our leaders.

That said, there were also some opportunities and we've reached a place where I've identified that your performance needs improvement. The areas for opportunity that I talked through are included below. We are at year end during performance evaluation and I am hearing of this for the first time. As leaders, this should Never occur without prior notice. Each employee regardless of level should be provided an opportunity to realize their leader has observed concerns with performance. This has a profound and direct impact on individual livelihoods and a very costly risk to the business.

Ownership- Throughout the course of 2020 you and your team struggled to take ownership of SDS' key metric (DSR). As a result, plans to improve performance were short term focused and did not result in the team's performance meeting goal/network averages. As mentioned above, many challenges contributed to this with the multitude of realignments, contact volume misalignment between sites, comparison of voice vs non voice contacts and performance challenges that were either addressed too late or not at all. Some of this was due to teams being realigned within a week of previous alignments and they did not want to invest the time knowing the time spent was short.
This was across the board with all teams supporting GSF3 along with volumes being moved out of GSF driver to other sites which generates less opportunity to meet or exceed goals due to lack of contact frequency familiarity which you have been involved. Those conversations have occurred with CP as they have not provided any advance notice of when this would happen until it has been observed several weeks in despite being asked to share prior to movements being finalized. There was almost a $1M savings for re-pick compliance in 2020 that was overlooked in your observation. I'm not quite sure how that compares to other businesses but certainly a notable one for this review.

Additionally, I have noticed that you have a tendency to over delegate- recently this includes tasking a direct report with the January video and engaging GrpMs to provide write ups for the summit when that was not necessary at this time. In regards to the January video, you specifically shared during our staff meeting and 1:1 that you didn't care how we created the video or the fact we didn't have to be in it as long as it was done. If you had specific expectations of how it was executed, those expectations should have been shared. I chose a direct report with specific direction from me as to what the theme would be, engaging as many businesses as possible while keeping the duration down to no more than 7-8 minutes. I viewed the content, provided edit recommendations and upon completion, forwarded to communications for distribution.

Additionally, I selected my direct as it aligns perfectly with short and long terms goals they've

Exhibit 1 to Exhibit A to Complaint #6, Page 11

identified pursuing.  This is an area they excel in and felt it would be a perfect opportunity to showcase that passion..  When you mentioned this during our last session, I was again surprised based upon your comments regarding what other Ops Managers had done.  I thought we were in a company that embraced individuality, unique and diverse perspectives. I felt this was a narrow attempt to bring focus to an area you didn't set clear expectations for with the exception of justification of this write up.

With respect to the summit, write up and my engagement with the team, engagement is something I do frequently as they are a huge part of our success.  My passion for process improvement, risk mitigation is shared by many and are excited about being a part of.  We all utilize our directs as they are closest to challenges our CSAs and customers face. There was a great deal of work generated to pull this together from the team and as well as myself.  As opposed to generating a write up and continually ask for input, there thoughts and inputs were captured all at once highlighting critical factors we would like to see implemented. All Ops Managers utilize our Group Managers to assist in enhancing our processes and create documents to support those efforts.

Dive Deep/Have Backbone, Disagree, and Commit- You have received feedback from your team in regards to your understanding of the business. Upon receiving this feedback earlier this year, Brion offered to spend a full day on tools/dive deep and you did not take him up on that offer. While I am very receptive to feedback, Brion's skip level was well received.  What I shared with Brion and with you is that I will probably never be as deep in the weeds as the team, however, their perception of my lack of understanding of the business came from a place of asking questions of the team's unfavorable performance or areas I identified as performance concerns that needed to be addressed, along with inquiries of course correction. It became clear as I continued to ask questions and identified gaps that needed to be actioned, the team perceived this a lack of business knowledge and deflection. I will always ask question as a means of identifying root causes. Regarding taking Brion up on his offer, I wanting to verify if other peers had faced this with their directs and find an approach that would align with teams expectation and mine.  Brion shared during one of our staff meetings and in the 1:1 of a peer who had faced similar feedback and the results of the actions taken.

As oppose to intruding on Brion's time, I reached out to my peer to inquire on the example Brion shared and wanted to understand actions taken. As we continued to chat, they shared not having the granular details or being in the weeds and their actions came from directs in asking questions and formulating next steps. Additionally when asked if they had to write or demonstrate any of these actions as was presented to me, the answer was no. Although I didn't want to believe this, the question as this point, was this disparate treatment? My peer indicated they could share as much as they knew, however, it never came to fruition after several attempts.

Realizing this wasn't going to occur, I utilized another GM outside of my org but within GSF to not only bridge the perceived gaps with granular details, I also included another peer who had reached out to me for GSF3 support who faced challenges with being new to the company and space and wanted to have a better understanding of GSF3.  This was a good opportunity to assist in accomplishing multiple tasks.  At this point, I no longer felt trust in being able to ask question without it being attributed to a lack of knowledge to you or Brion and it being taken out of context

Exhibit 1 to Exhibit A to Complaint #6, Page 12

as it seems to be true,  but more of ensuring my directs knew I was viewing our business more closely than ever and would be asking critical questions and how we would course correct if necessary.

This lack of understanding then causes frequent push back or asking for more information about why a change is needed. A deeper understanding of the business might be necessary to help more easily get on board with decisions or steer the team in the right direction. This example which you shared being related to CP/WF inquiries.  There has been a widely known challenge with information or lack thereof from work flow and capacity planning which has vastly impacted our businesses, primarily GSF3.  Because of this, Brion has repeatedly ask should there be any major shifts that would impact our business, a call should be generated.  When it relates to those shifts that have not been shared, yes I will ask questions to understand how we got there, what levers have been pulled, is this the most efficient option to decrease the impact and how can we prevent this from happening in the future.  Every leader within our business including you, often challenges decisions being made and has an unfavorable perception of CP/Workflow as they don't always communicate necessary movements or utilize critical thinking when initiating changes.

The perception is that decisions made are because they are easy not the most vetted and strategic. During the sessions when they were asked to generate a call to discuss proposed changes, 99% of the time we walked away not having move in the direction originally proposed.

Earn Trust- You tend to have a narrow focus on GSF which has caused difficulty working with other leaders and spaces. A recent example of this was in the TM realignments. After reviewing the alignment you later brought up a desire to have a different TM causing rework. It made you appear as if you are not a team player. In this request, we were asked to view our businesses to ensure we kept critical people aligned to avoid significant impacts to our spaces. This was a huge realignment and yes probably should have caught it sooner, however, in doing so, there was a change necessary for an already volatile space in GSF3 coupled with the flex model.

Two top Team Managers of the total five in flex were scheduled to be moved out and replaced with new Team Managers that have never work in flex or GSF3. Those remaining was a TM in focus and one other on the cusp of going out on leave which I found out later.  This would have placed the business in an even more volatile state. I reached out to the OM coordinating this and after sharing the challenge and the request to realign one of the two back to GSF3, I was immediately met with resistance. Being a team player happens on both ends. No written communication had been shared and there was still significant alignment changes that occurred after my request.  There is a perceived bias as there is a leader(s) that reported to you as a Group Manager and now as an Ops manager and you noticeably call on them frequently and utilize their opinion as the one you rely on most within our businesses. You probably don't realize this but it occurs or perhaps you do.

Thank you for reading my responses.  Amazon has a very unique culture in how we view talent and the manner in which performance is communicated, however, it is never okay to create a surprise ending no matter the circumstances.  Given these unfortunate events, I am respectively requesting I be removed from any focus events or entries after reading my concerns.  I'll end with this,  "Leaders are responsible for creating an environment where people can be at their best".  "One of the biggest

Exhibit 1 to Exhibit A to Complaint #6, Page 13

==challenges in life is being yourself in a world trying to make you like someone else". "Our role as a leaders is to bring out the best in others, even when they know more than you".==

Thank you,
Cynthia

I appreciated you sharing with me your perception of some of these opportunities including the need for improved Earn Trust amongst the team, challenges with certain teams (like CP) who aren't forthcoming about the steps they've taken to get to a recommendation, and some of your personal challenges with the fit of the role. I heard you and I will be working to ensure feedback is given and steps are taken to improve where I have the ability to influence these things.

I also recognize the challenging personal situation you are in. I want you to know that I support you in taking the time you need through your approved FMLA case to ensure that when you are here you're able to be at your best.

I've designed the attached goals to align with the initiatives that you are leading for our team this year. I want these goals to provide clarity of responsibility and help to demonstrate your ability to meet and exceed the bar. I am a key supporter of you and resource to you in achieving these goals. Please do not hesitate to let me know what questions you have and what support you need.

Thanks,
Ashley


**Ashley (Canfield) Pringle**
Senior Manager, US VCS |Shipping & Delivery Support (SDS)
acanfiel@amazon.com
Work Hard. Have Fun. Make History.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | **551-2022-01360** |

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **CYNTHIA ANDERSON** | **(704) 258-8025** | **1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **452 LYNCHS BEACH LOOP RD, BAYBORO,NC 28515** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **AMAZON** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **, 535 TERRY AVE N, SEATTLE, WA 98109** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-27-2021**  Latest **09-30-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I have been employed by the above-named employer Amazon.**

**On July 22, 2021 I filed discrimination complaint against my employer Amazon as I was the only African American Sr leader and treated differently than my colleagues. My manager Ashley Pringle decided to proceed with a performance write up in January 27 2021 which was a total surprise as there had never been any conversations written or verbal to indicate concerns with my performance nor documentation as to my performance compared to anyone else within our business review process. In providing the investigator with documentation of being treated differently from others that didn't look like me and being promoted despite unfavorable feedback, the centralized investigative team found fault of policy and/or conduct as of 9/30/2021 and they would follow up with HR for next steps. Due to the stress of this situation, I left on medical leave in February 3, 2021 and did not return until July when my complaint was filed.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cynthia Anderson on 01-11-2022 07:58 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| # CHARGE OF DISCRIMINATION | | ☐ FEPA | |
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | | ☒ EEOC | **551-2022-01360** |

and EEOC

*State or local Agency, if any*

**I believe that I was discriminated by my employer due to my age (over 40), in violation of The Age Discrimination in Employment Act (ADEA), as amended. I believe, I was discriminated due to my race - African American, in violation of Title VII of the Civil Rights Act of 1964, as Amended. I believe, I was discriminated due to my color, in violation of Title VII of the Civil Rights Act of 1964, as Amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cynthia Anderson on 01-11-2022 07:58 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Exhibit C - Notice of Right to Sue, p1



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Raleigh Area Office**
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/11/2023

**To:** Cynthia Anderson
452 Lynchs Beach Loop Rd
BAYBORO, NC 28515
Charge No: 551-2022-01360

EEOC Representative and email:     ANGEL RIVERA
Investigator
angel.rivera@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-01360.

On behalf of the Commission,

for: _____

Johnnie Barrett
Area Director

Exhibit C - Notice of Right to Sue, p2

**Cc:**
Neil M Alexander
Amazon c/o Littler Mendelson, P.C.
2301 Mcgee St Ste 800
Kansas City, MO 64108

Cristina  McNeiley
77 W WACKER DR STE 3100
Chicago, IL 60601

Tiffany  Fordyce
77 W WACKER DR STE 3100
Chicago, IL 60601

Kerry  Davidson
77 W WACKER DR STE 3100
Chicago, IL 60601

Valerie  Bateman
209 Lloyd St Suite 350
CARRBORO, NC 27510

Please retain this notice for your records.

Exhibit C - Notice of Right to Sue, p3

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 551-2022-01360 to the District Director at Carmen M. Whaling, 129 West Trade Street Suite 400

Charlotte, NC 28202.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Exhibit C - Notice of Right to Sue, p4

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.