UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA EASTERN DIVISION

Civil Action No. 4:23-cv-115

| | |
|---|---|
| CYNTHIA G. ANDERSON<br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC<br>Defendant. | )<br>)<br>) Hon. James C. Dever, III<br>) Magistrate Brian S. Meyers<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's Order [Dkt. 43], Plaintiff, Cynthia Anderson ("Anderson") and Defendant, Amazon.com Services, LLC ("Amazon") (together the "Parties") submit this Joint Status Report for consideration by the Court.

1. At the September 13th status hearing, this honorable Court directed Anderson to produce the outstanding medical records from Novant and Quartet healthcare facilities to Amazon by September 23, 2024, which is also the date scheduled for Anderson's deposition.

2. Following the hearing, the Court issued an order [Dkt. 43] directing the Parties to file a Joint Status Report if Anderson did not produce the outstanding medical records by September 23, 2024.

3. As of the filing of this Joint Status Report, Anderson has not received any records from the two healthcare facilities and therefore, Anderson has not produced the outstanding medical records.

4. Despite not receiving the outstanding medical records, the Parties proceeded with Anderson's deposition as scheduled subject to the stipulation that Anderson agrees to appear to be

1

ACTIVE 702166306v3

Case 4:23-cv-00115-D-BM   Document 44   Filed 09/23/24   Page 1 of 3

deposed for a second day on a mutually agreeable date and time, regarding documents produced or received on or after September 19, 2024.

5. The Parties will meet and confer to determine how much time Anderson will sit for the second day of her deposition which will be limited to documents not produced to Amazon prior to Anderson's deposition and will seek Court intervention only if they are unable to reach accord.

Date: September 23, 2024

*s/ Valerie L. Bateman*
Valerie L. Bateman
valerie@newsouthlawfirm NC
State Bar: 13417  NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
T: 919-810-3139
F: 919-823-6383
**Attorneys for Plaintiff**

*s/ Conor Higgins*
Tiffany S. Fordyce
Conor Higgins
fordyceT@gtlaw.com
conor.higgins@gtlaw.com
Greenberg Traurig, LLP
77 W. Wacker, Ste. 3100
Chicago, IL 60601
T 312.456.1069

*s/ Michael J. Morris*
Michael J. Morris
morrisj@gtlaw.com
Greenberg Traurig, LLP
6135 Park South Drive, Suite 500
Charlotte, NC 28210
N.C. State Bar. No. 52941
Local Civil Rule 83.1(d) Attorney for Amazon.com Services LLC
**Attorneys for Defendant**

## CERTIFICATE OF FILING

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record.

This the 23rd day of September 2024.

*/S/ Conor Higgins*
Greenberg Traurig, LLP
