IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-115-D

| | | |
|---|---|---|
| CYNTHIA G. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMAZON.COM SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

On December 9, 2024, the undersigned issued an order [DE-55] finding, in relevant part, that given the nature of this case and the discovery disputes that have arisen to date, efficient case administration will be facilitated by conducting a status conference prior to the filing of further motions to compel. The court, therefore, directed that:

> prior to filing any motion raising a disputed issue of or relating to discovery, including any disputed motion to compel, for protective order, or to alter discovery requirements ("discovery motions"), the parties are required to (i) meet and confer in-person, by telephone or by video-conference, as required by Local Rule 7.1.(c)(2); and (ii) request a telephonic discovery conference before the undersigned. The parties shall jointly notify Deputy Clerk Bobbie Horton [("Deputy Clerk Horton")] by e-mail at Documents_USMJ_Meyers@ nced.uscourts.gov of the nature of the discovery dispute and provide the parties' mutually agreed suggested dates and times for such conference.

[DE-55] at 3.

On December 27, 2024, Deputy Clerk Horton received an email from counsel for defendant, copying opposing counsel, requesting a status conference regarding a particular discovery dispute described therein. The email provides that the parties disagree as to whether the meet and confer requirement has been satisfied, and, therefore, whether a status conference is necessary. The court notes that the deadline to complete discovery in this matter is January 31, 2025. *See* [DE-40].

Having considered the request by counsel for defendant for a status conference regarding a discovery dispute and the respective positions of the parties, the court DIRECTS that the parties:

1. meet and confer, *in-person, by telephone, or by video-conference*, in an effort to resolve the discovery disputes without court intervention, irrespective of any prior conferral regarding such matters; and

2. **no later than 2:00 pm on Friday, January 3, 2025**, file a *joint* status report:

    (a) informing the court whether there remain discovery issues after the parties meet and confer; and

    (b) to the extent that the discovery dispute remains after meeting and conferring:

    (i) identifying the particular discovery at issue;

    (ii) advising of the parties' respective positions regarding the discovery dispute;

    (iii) advising of the actions taken *jointly* and *individually* by the parties to resolve the outstanding discovery dispute; and

    (iv) providing the parties' mutually agreed suggested dates and times for a telephonic discovery conference to take place during the week of January 6, 2025.

Upon its review of the *joint* status report ordered above, the court will schedule a telephonic discovery conference to take place during the week of January 6, 2025, should such discovery conference remain necessary.

SO ORDERED, this 31st day of December, 2024.

_____
Brian S. Meyers
United States Magistrate Judge