UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA EASTERN DIVISION

Civil Action No. 4:23-cv-115

| | |
|---|---|
| CYNTHIA G. ANDERSON<br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC<br>Defendant. | )<br>)<br>) Hon. James C. Dever, III<br>) Magistrate Brian S. Meyers<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's Order [Dkt. 58], Plaintiff, Cynthia Anderson ("Anderson") and Defendant, Amazon.com Services, LLC ("Amazon") (together the "Parties") submit this Joint Status Report for consideration by the Court.

1. On January 1, 2025, Plaintiff produced approximately 30,000 pages of documents from the .pst file that was the subject of Amazon's e-mail to the Court on December 27, 2024.

2. On January 3, 2025, the Parties met and conferred via telephone to discuss the .pst file. The Parties agreed that they do not require the assistance of the Court on the .pst issue at this time.

3. The Parties continue to meet and confer regarding discovery issues beyond the .pst file and will notify the Court if its involvement becomes necessary.

Date: January 3, 2025

1

Case 4:23-cv-00115-D-BM    Document 59    Filed 01/03/25    Page 1 of 3

<div style="display: flex;">
<div>

*s/ Valerie L. Bateman*
Valerie L. Bateman
valerie@newsouthlawfirm.com
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
T: 919-810-3139
F: 919-823-6383
**Attorneys for Plaintiff**

</div>
<div>

*s/ Conor Higgins*
Tiffany S. Fordyce
Conor Higgins
fordyceT@gtlaw.com
conor.higgins@gtlaw.com
Greenberg Traurig, LLP
77 W. Wacker, Ste. 3100
Chicago, IL 60601
T 312.456.1069

*s/ Michael J. Morris*
Michael J. Morris
morrisj@gtlaw.com
Greenberg Traurig, LLP
6135 Park South Drive, Suite 500
Charlotte, NC 28210
N.C. State Bar. No. 52941
Local Civil Rule 83.1(d) Attorney for
Amazon.com Services LLC
**Attorneys for Defendant**

</div>
</div>

## CERTIFICATE OF FILING

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record.

This the 3rd day of January 2025.

<div align="right">

*/S/ Conor Higgins*
Greenberg Traurig, LLP

</div>