IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:23-cv-115-D-BM

| | |
|---|---|
| CYNTHIA G. ANDERSON<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| AMAZON.COM SERVICES LLC<br>Defendant. | )<br>)<br>)<br>) |

**ORDER**

AND NOW, upon consideration of Defendant, Amazon.com Services, LLC's ("Amazon") Motion for Leave to Exceed Page Limit for its Reply in Support of its Motion for Summary Judgment and Response in Opposition to Plaintiff's Rule 56(d) Motion to Defer it is hereby **ORDERED** that:

- Amazon's Motion is GRANTED and Amazon is granted leave to exceed the page limit requirement set by Local Civil Rule 7.2(f) and file a Reply in Support of its Motion for Summary Judgment (DE 83) of no more than fifteen (15) pages.

SO ORDERED. This the 8 day of May, 2025.

JAMES C. DEVER III
United States District Judge