IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:23-CV-115-D-BM

| | |
|---|---|
| CYNTHIA G. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AMAZON.COM SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

On March 24, 2025, defendant filed a motion to seal [D.E. 96]. On April 25, 2025, defendant filed a motion to seal [D.E. 115]. On May 13, 2025, plaintiff filed a motion for reconsideration [D.E. 128]. On May 19, 2025, defendant filed a motion to seal [D.E. 130]. On July 7, 2025, defendant filed a motion for leave to file corrected counterclaim and extend the deadline to file the counterclaim [D.E. 135]. The court refers the motions [D.E. 96, 115, 128, 130, 135] to Magistrate Judge Meyers for prompt disposition. See 28 U.S.C. § 636(b)(1)(A).

SO ORDERED. This the 11 day of August, 2025.

JAMES C. DEVER III
United States District Judge