UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:23-cv-115

| | |
|---|---|
| CYNTHIA G. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMAZON, INC. | ) |
| Defendant. | ) |

The Court, having considered Plaintiff's Motion to continue the hearing scheduled for Friday, September 12, 2025, and it appearing to the Court that the Plaintiff's Motion is supported by good cause and Defendant does not object to the continuance, it is therefore ORDERED that the motion is GRANTED and the hearing scheduled for Friday, September 12, 2025, at 2pm, shall be rescheduled to **Sept. 19**, 2025 at **4:1 PM** in **Raleigh**.

SO ORDERED. This **8** day of **Sept** 2025.

Terrence W. Boyle
United States District Judge